*** EMPLOYEES OF STATE SENATE DESIGNATION OF STATUS*** THE LEGISLATURE MAY ABOLISH THE DISTINCTION BETWEEN PERMANENT AND TEMPORARY EMPLOYEES OF THE OKLAHOMA SENATE AS NOW FOUND IN 74 O.S. 1970, Supp. 292, [74-292] AND AUTHORIZE THE PRESIDENT PRO TEMPORE TO DESIGNATE WHICH EMPLOYEES ARE PERMANENT AND WHICH ONES ARE TEMPORARY. THE PAY PERIOD FOR EMPLOYEES IS DISCRETIONARY WITH THE PARTICULAR LEGISLATIVE BODY. (ROBERT H. MITCHELL)